# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

JESSICA M. PROANO,

   Plaintiff,             No. 2:18-cv-00612-KRS

v.

NANCY A. BERRYHILL, Deputy Commissioner
for Operations, performing the duties and functions
not reserved to the Commissioner of the Social
Security Administration,

   Defendant.

## ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS

  **THIS MATTER** comes before the Court upon Plaintiff's Motion to Proceed in Forma Pauperis with Financial Affidavit (Doc. 2). Having reviewed the application, the Court FINDS and CONCLUDES that Plaintiff's request is well-taken and should be granted. In making this determination, the Court notes that Plaintiff has successfully established that she is unable to prepay the required filing fee and/or that so doing will cause her substantial hardship. *See* 28 U.S.C. § 1915(a)(1).

  **IT IS, THEREFORE, ORDERED** that Plaintiff's Motion to Proceed in Forma Pauperis with Financial Affidavit (Doc. 2) is hereby **GRANTED**.

                 _____
                 KEVIN R. SWEAZEA
                 UNITED STATES MAGISTRATE JUDGE